UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

SANDY YUWONO,

     Plaintiff,

  -against-

SONO UCHI SUSHI, LLC D/B/A SUSHI INOUE,
SHINICHI INOUE, YUKO MOTOKI AND
STANLEY WOLFSON,

     Defendants.

Case No.: 18-cv-7531

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SONO

UCHI SUSHI, LLC d/b/a SUSHI INOUE and STANLEY WOLFSON (collectively,

"Defendants") having offered to allow Plaintiff SANDY YUWONO ("Plaintiff") to take a

judgment against the Defendants in this action for the total sum of Eight Thousand Dollars

($8,000.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for

Plaintiff's federal and state law claims;

**WHEREAS**, on January 7, 2020, Plaintiff's attorney having confirmed Plaintiff's

acceptance of Defendants' offer of judgment (Dkt. No. 84);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of

Plaintiff in the amount of $8,000.00 as against Defendants. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _January 8_, 2020
  New York, New York

_____
SIDNEY H. STEIN
United States District Judge